Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Robert D. Parker
_____
Your full name

STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

v.

RN Pearsal
RN Hileman
_____

Civil Action No.: 5:19 CV 303
(To be assigned by the Clerk of Court)

Stamp
Mazzone
Blalock

FILED
NOV 4 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Enter above the full name of defendant(s) in this action

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.   Your Name: Robert D. Parker
        Inmate No.: 90390-083
        Address: USP Pollock  P.O. Box 2099  Pollock, LA 71467

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.   Name of Defendant: C. Pearsal

Attachment A

Position: REGISTERED NURSE

Place of Employment: FCI HAZELTON

Address: FCI HAZELTON, P.O. Box 5000, Bruceton Mills, West Virginia 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.1  Name of Defendant: G. HILEMAN

Position: REGISTERED NURSE

Place of Employment: FCI HAZELTON

Address: FCI HAZELTON, P.O. Box 5000, Bruceton Mills, West Virginia 26525

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.2  Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.3   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.4   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____

Attachment A

_____
_____

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____
_____
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: **USP Pollock**

A.   Is this where the events concerning your complaint took place?
☐ Yes    ☑ No

If you answered "NO," where did the events occur?
**FCI Hazelton**

B.   Is there a prisoner grievance procedure in the institution where the events occurred?    ☑ Yes    ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?    ☑ Yes    ☐ No

D.   If your answer is "NO," explain why not _____

**Attachment A**

_____
_____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 __BP 8_____

LEVEL 2 __BP 9_____

LEVEL 3 __BP 10_____

LEVEL 4 __BP 11 WITH NO RESPONSE_____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☒ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1. Parties to this previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

2. Court:_____
   *(If federal court, name the district; if state court, name the county)*

3. Case Number:_____

4. Basic Claim Made/Issues Raised: _____
   _____

5. Name of Judge(s) to whom case was assigned: _____

**Attachment A**

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit:_____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☐ Yes   ☑ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____

E. Did you exhaust available administrative remedies?   ☑ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
I have filed a(n) extensive statement with all BP8, BP9, B10, and BP11 remidies to resolve this matter, but no actions was taken.

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

2. Name and location of court and docket number:

    _____
    _____

3. Grounds for dismissal:  ☐ frivolous  ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

V. **STATEMENT OF CLAIM**

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: Defendant (1) RN Pearsal violated my 8th Amendment Rights of "Undue Deference", as well as "Medical Malpractice" c/o to the fact that she had yielded to show no courteous regard to me

Supporting Facts: On August 7, 2017 at FCI Hazelton, RN Pearsal had went beyond influence or passive persuasion by coercing me to take a second or follow-up shot of a pneumonia vaccine. I had told RN Pearsal that I didn't want to take the shot because of the pain from the first shot. But through craftiness she had insisted that I take the shot, and that displayed that RN Pearsal administered her own justice.

**Attachment A**

CLAIM 2: <u>Defendant (2) RN Hileman violated my 8th Admendment Rights of "Medical Negligence", as well as "Pain and Suffering" whiched had caused me greater harm.</u> (SEE Exibit: 1A)

Supporting Facts: <u>On August 7, 2017 at FCI Hazelton, RN Hileman actions towards me in this matter was the most trajic abuse, and demostrated a(n) excusable understanding. RN Hileman had saw me and treated me for the pain and swelling that I was experiencing</u>     (SEE Attachment: I & II)

CLAIM 3: _____

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

CLAIM 5: _____

Supporting Facts: _____

VI.   <u>INJURY</u>

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I had been exposed to a pneumonia vaccine which had caused an allergic reaction to the point of massive swelling to the right arm of the injection site, as well as a series of follow medications, and drug overdose utilizers which caused greater pain.

VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I'm seeking justice to be paid to me in the amount of $3,300,999 dollars to resolve this matter.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at USP Pollock on 10-17-19.
(Location) (Date)
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Robert D. Parker
_____
Your full name

v.   Civil Action No.: _____

RN Pearsal
RN Hileman
_____
_____
Enter above the full name of defendant(s) in this action

## Certificate of Service

I, Robert D. Parker (your name here), appearing *pro se*, hereby certify that I have served the foregoing State Civil Rights Complaint Pursuant to 42 USC 1983 (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 8-7-2017 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)